# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, *et al.*, | Case No. 3:21-cv-81 |
| Plaintiffs/Judgment Creditors, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Sharon L. Ovington |
| MATHENY AND SONS GENERAL CONTRACTING LLC, *et al.*, | |
| Defendants/Judgment Debtors. | |

# ORDER

This matter is before the Court on Plaintiffs/Judgment Creditors Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, the Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and the Iron Workers Council of Southern Ohio & Vicinity Annuity Trust's Motion for Writ of Continuing Garnishment (Doc. No. 11) and related attachments (Doc. No. 12). The attachments, together with other documents in the record, establish good cause for the relief requested.

**IT THEREFORE IS ORDERED THAT**:

1. Plaintiffs/Judgment Creditors' Motion for Writ of Continuing Garnishment (Doc. No. 11) is GRANTED; and

2. The Clerk of Court is DIRECTED to issue and serve an Order of Garnishment and Notice of Garnishment in the form to be submitted by Judgment Debtor.

November 1, 2021                              *s/Sharon L. Ovington*
                                              Sharon L. Ovington
                                              United States Magistrate Judge